NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1226

### PROCTER & GAMBLE COMPANY,

Plaintiff-Appellant,

v.

### RNA CORPORATION,

Defendant.

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:08-CV-565, Judge Thomas M. Rose.

## O R D E R

RNA Corporation submits correspondence informing the court that it will not participate in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The caption is revised to reflect that RNA Corporation is not an appellee.

FOR THE COURT

APR  9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 09 2009

JAN HORBALY
CLERK

cc:  Peter M. Lancaster, Esq.
     Frederic A. Mendelsohn, Esq.

s17